IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 16-CR-419 |
| | : | |
| SAUL OTERO-MONTALVO | : | |

# **O R D E R**

**AND NOW**, this 14th day of May, 2021, upon review of Saul Otero-Montalvo's Motions for Compassionate Release and the responses thereto, it is hereby **ORDERED** that the Motions are **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.